**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
104 S. DIVISION ST LLC, AVRUM CHAIM
LEBRECHT, and SHIA LEBRECHT,

                        Plaintiffs,

          -against-                               22 **CIVIL** 9009 (NSR)

                                                         **JUDGMENT**

CITY OF PEEKSKILL, THOMAS LEONARD,
and NICHOLAS CECERE,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 8, 2025, Defendants' renewed Motion for judgment on the pleadings is GRANTED. Because Plaintiffs have filed a total of three pleadings, including two amended complaints, all federal claims are deemed dismissed with prejudice. Plaintiffs' state court claims are deemed dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       December 9, 2025

                                        **TAMMI M. HELLWIG**

                                          **Clerk of Court**

              **BY:**                  K. Mango

                                            **Deputy Clerk**